UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,                      Case No. 11-20551-12
                                            HON. ROBERT H. CLELAND
v.
D-12  SARDAR ASHRAFKHAN,
        Defendant.
_____/

## ORDER GRANTING THE DEFENDANT AND THE GOVERNMENT'S STIPULATION FOR DISCLOSURE OF TAX RETURNS AND TAXPAYER RETURN INFORMATION

The government having moved for an order for Disclosure of Tax Returns and Taxpayer Return Information pursuant to 26 U.S.C.§6103(i)(4)(A), and the parties having reached a stipulation to entry of such an order in open court on the record today, and the Court being duly advised in the premises;

The Court finds that under that statute, in a judicial proceeding where the United States is a party, a tax return or taxpayer return information may be disclosed "pertaining to enforcement of a specifically designated Federal criminal statute…if the court finds that such return or taxpayer return information is probative of a matter in issue relevant in establishing the commission of a crime or the guilt or liability of a party." Defendant is charged with conspiracy to distribute and possess with intent to distribute controlled substances in violation of 21 U.S.C §§ 841,846; health care fraud conspiracy in violation of 18 U.S.C §§ 1347,1349; and money laundering in violation of 18 U.S.C §1957. The government contends that Defendant's tax return and taxpayer return information may be relevant to these

charges. Having reviewed the motion, and defendant's stipulation on the record in open court, the court agrees. Accordingly,

IT IS HEREBY ORDERED that the "Government's Motion for Disclosure of Tax Returns and Taxpayer Return Information" [Dkt#1116] is GRANTED because the Court hereby finds such return or taxpayer return information is probative of a matter in issue relevant in establishing the commission of a crime or the guilt or liability of a party.

IT IS FURTHER ORDERED that the government is PERMITTED to disclose to the court and to Defendant the tax returns and taxpayer return information of Sardar Ashrafkhan for the years 2006-2010, and Compassionate Doctors P.C. for the years 2006-2010. The disclosed returns and taxpayer return information may be used in discovery and as evidence at trial.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: June 12, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 12, 2015, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522